UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JESUS MIGUEL GUZMAN JUNIOR,<br><br>    Petitioner,<br><br>v.<br><br>ANDROSCOGGIN COUNTY JAIL,<br><br>    Defendant. | 2:25-cv-00650-SDN |

**ORDER AFFIRMING RECOMMENDED DECISION**

On January 2, 2026, the Magistrate Judge recommended dismissing Petitioner's habeas petition after preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases, *Younger v. Harris*, 401 U.S. 37 (1971), and Petitioner's failure to follow certain procedural requirements. ECF No. 2. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on January 16, 2026, and no objections have been filed, either before or after the deadline.

The Court finds no clear error and agrees with the findings set forth in the Recommended Decision. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is **AFFIRMED** and **ADOPTED**. ECF No. 2. The petition for habeas relief under 28 U.S.C. § 2254 is **DISMISSED**. ECF No. 1. It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

**SO ORDERED.**

Dated this 27th day of January, 2026.

<u>/s/ Stacey D. Neumann</u>
**UNITED STATES DISTRICT JUDGE**